■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL MITCHINER, Appellant. [716 NYS2d 885] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered May 30, 1996, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Williams,* 84 NY2d 925, 926). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either without merit or do not require reversal. O'Brien, J. P., Thompson, H. Miller and Schmidt, JJ., concur.